# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

MICHAEL N. MILBY  
CLERK

P.O. BOX 61010  
HOUSTON, TX 77208

April 5, 2005

Mr. Charles R. Fulbruge III, Clerk  
U.S. Court of Appeals, Fifth Circuit  
600 Camp Street, Room 102  
New Orleans, LA 70130

IN RE:    CA-H-03-5100  
          Latham vs Dretke

Dear Mr. Fulbruge:

In connection with this appeal, the following is transmitted. Please acknowledge receipt on the enclosed copy of this letter.

Record on Appeal consisting of:  
1 Volumes - Record on Appeal  
1 Expandable Folder - State Court Record

Very Truly Yours,  
Michael N. Milby, Clerk

Deputy Clerk

cc:  all parties